# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Cory Reavis, | ) |
|       Plaintiff, | ) **ORDER** |
| vs. | ) |
| Hess Corporation | ) |
|       Defendants. | ) Case No. 1:17-cv-210 |

The Court has been advised that the parties have reached a settlement. The Court adopts the parties' stipulation (Doc. No. 16) and dismisses the present action in its entirety with prejudice and without costs, disbursements, or attorney's fees.

**IT IS SO ORDERED**.

Dated this 21st day of August, 2018.

                                                    */s/ Charles S. Miller, Jr.*
                                                    Charles S. Miller, Jr., Magistrate Judge
                                                    United States District Court